C. *Jackson* for the plaintiff  ⎫
C. *Paine* for the defendant  ⎬ in error.

---

## Joseph Baxter, Jun., *versus* —— Baxter.

In a libel for a divorce, confessions of the libellee, as to the fact of adultery, **not** admissible, unless corroborated.

THIS was a libel for a divorce *a vinculo,* for the cause of adultery alleged to have been committed by the wife.

*Gay,* the counsel for the libellant, having proved the marriage, offered to prove the adultery by the confessions of the wife, and said that he had, at present, no other evidence of that fact.

*Dawes* objected to proving the fact of adultery by *such* evidence, which he insisted was never admitted, unless corroborated by other circumstances; and he cited *Burns' Eccl. Law,* 41, *tit. Marriage—* 5 *Can.* 105.

The Court (*Dana,* C. J., *Strong, Sedgwick,* and *Thacher,* justices)

---

---

[ * 347 ] were clearly and unanimously * of opinion that the confession of the party, uncorroborated by other circumstances, was inadmissible to prove the fact of adultery; that this rule had been too long settled and practised upon to be called in question; but exclusively of that, there were the strongest and most obvious reasons for adhering to the rule, and none for departing from it.